UNITED STATES BANKRUPTCY COURT
DISTRICT OF _____

In re **EARL RASHEED DAVIS**        Case No. **1-18-40766-CEC**
**Debtor**                           Reporting Period: **Sep-19**

Social Security # **5574**
(last 4 digits only)

## MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | | |
| Debtor Questionnaire | MOR-6 (INDV) | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _[signed]_                    Date 10/8/19

Signature of Joint Debtor                          Date

In re EARL RASHEED DAVIS Case No. 1-18-40766-CEC
Debtor Reporting Period: 2019 SEPT

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | | |
| **RECEIPTS** | | |
| Wages (Net) | $ - | $ - |
| **Interest and Dividend Income** | $ - | $ - |
| Alimony and Child Support | $ - | $ - |
| Social Security and Pension Income | $ - | $ - |
| Sale of Assets | $ - | $ 806,750.00 |
| Other Income *(attach schedule)* | $ - | $ 41,389.57 |
| **Total Receipts** | $ - | $ 848,139.57 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | $ - |
| Rental Payment(s) | | $ - |
| **Other Secured Note Payments** | $ - | $ - |
| Utilities | $ - | $ 896.69 |
| Insurance | $ - | $ 1,653.60 |
| Auto Expense | $ 90.00 | $ 3,547.68 |
| Lease Payments | | $ - |
| IRA Contributions | | $ - |
| Repairs and Maintenance | | $ - |
| Medical Expenses | | $ - |
| Food, Clothing, Hygiene | $ 1,500.00 | $ 22,046.24 |
| Charitable Contributions | | $ - |
| Alimony and Child Support Payments | | $ - |
| Taxes - Real Estate | | $ - |
| Taxes - Personal Property | | $ - |
| Taxes - Other *(attach schedule)* | | $ - |
| Travel and Entertainment | $ - | $ 14,832.36 |
| Gifts | | $ - |
| Other *(attach schedule)* | | $ - |
| **Total Ordinary Disbursements** | $ 1,590.00 | $ 42,976.57 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | $ 213,581.20 | $ 305,135.50 |
| U. S. Trustee Fees | | $ - |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | $ 213,581.20 | $ 305,135.50 |
| **Total Disbursements** *(Ordinary + Reorganization)* | $ 215,171.20 | $ 348,112.07 |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $ (215,171.20) | $ 500,027.50 |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | | |

In re EARL RASHEED DAVIS  
Debtor

Case No. 1-18-40766-CEC  
Reporting Period: 2019 SEPT

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Loan's from American Regional Capital LLC | $ 1,398.00 | $ 41,386.57 |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| FDT & G&H | $ - | $ 93,474.30 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| **TOTAL DISBURSEMENTS** | |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | |

In re EARL RASHEED DAVIS  
Debtor

Case No. 1-18-40766-CEC  
Reporting Period: 2019 SEPT

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | | |
| | | |
| | | |
| | | |
| Other Property *(attach schedule)* | $ 6,675,214.00 | $ 9,675,214.00 |
| TOTAL REAL PROPERTY ASSETS | $ 6,675,214.00 | $ 9,675,214.00 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | | |
| Bank Accounts | $ 500.00 | $ 500.00 |
| Security Deposits | | |
| Household Goods & Furnishings | $ 750.00 | $ 750.00 |
| Books, Pictures, Art | | |
| Wearing Apparel | | |
| Furs and Jewelry | $ 7,500.00 | $ 7,500.00 |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | | |
| Other Claims | | |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | | |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | | |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property *(attach schedule)* | $ 10,000.00 | $ 10,000.00 |
| TOTAL PERSONAL PROPERTY | $ 18,750.00 | $ 18,750.00 |
| TOTAL ASSETS | $ 6,693,964.00 | $ 9,693,964.00 |

In re EARL RASHEED DAVIS  
Debtor

Case No. 1-18-40766-CEC  
Reporting Period: 2019 SEPT

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | $ 185,081.48 | |
| Other Post-petition Liabilities *(list creditors)* | | |
| | | |
| TOTAL POST-PETITION LIABILITIES | $ 185,081.48 | $ - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | | |
| Priority Debt | | |
| Unsecured Debt | $ 897,825.22 | |
| TOTAL PRE-PETITION LIABILITIES | $ 897,825.22 | $ - |
| TOTAL LIABILITIES | $ 1,082,906.70 | $ - |


In re EARL RASHEED DAVIS  
Debtor

Case No. 1-18-40766-CEC  
Reporting Period: Sep-19

## SUMMARY OF UNPAID POST-PETITION DEBTS

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
| FORCHELLI DEEGAN TERRANA | X |  |  |  |  |  |
| G & H | X |  |  |  |  |  |
| Gage Nestor Accounting & Tax Services | X |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts |  |  |  |  |  |  |

Number of Days Past Due

Explain how and when the Debtor intends to pay any past due post-petition debts.  
Debtor will pay from liquidation of property interest as such fees are approved

In re EARL RASHEED DAVIS  
    Debtor

Case No. 1-18-40766-CEC  
Reporting Period: Sep-19

## DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | X | |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | X | |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | X | |

```
                                 U

        EARL RASHEED DAVIS
        DEBTOR IN POSSESSION                             30
        244 5TH AVE APT 2846                              0
        NEW YORK NY   10001                               0
```

*BNB BANK*

```
================================================================
OCEANSIDE BRANCH                TELEPHONE:516-536-2498
3121 LONG BEACH RD
OCEANSIDE NY 11572


================================================================
              Debtor In Possession ACCOUNT XXXXXX1429
================================================================

                          LAST STATEMENT 08/30/19    714,746.76
INTEREST THIS STATEMENT       16.06    1 CREDITS         16.06
INTEREST PAID 2019            79.10    4 DEBITS      217,817.51
AVG AVAILABLE BALANCE     630,149.51   THIS STATEMENT 09/30/19   496,945.31
AVERAGE BALANCE           630,149.51

          - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                    DATE      · AMOUNT
INTEREST AT .0300 %                            09/30        16.06

          - - - - - - - OTHER DEBITS  - - - - - - - -
DESCRIPTION                                    DATE       AMOUNT
DDA MISCELLANEOUS DEBIT                        09/17     4,652.31    003509409310
Wire Transfer Fee 246173                       09/19        30.00    000122000583
Wire Transfer 246173                           09/19   213,085.20    000122000008
SERVICE CHARGE                                 09/30        50.00

          - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
09/17       710,094.45   09/19       496,979.25   09/30       496,945.31
```



**America's Most Convenient Bank®**

EARL R DAVIS
DIP CASE 18-40766 EDNY
244 5TH AVE APT 2846
NEWYORK NY          10001

                                                            039 / Chapter 11 Checking            4362242459

| | | | |
|---|---|---|---|
| Statement Beginning Balance | | | $40.00 |
| Plus | 1 | Deposits and Other Credits | $100.00 |
| Less | 0 | Checks and Other Debits | $0.00 |
| Statement Balance As Of: 09/30/2019 | | | $140.00 |

**Transactions By Date**

| Date | Description | Debit | Credit | Balance |
|---|---|---|---|---|
| 08/05/2019 | DEPOSIT | | $100.00 | $140.00 |