| | |
|---|---|
| **Gordon & Haffner, LLP** | **PRESENTMENT DATE:** February 26, 2020 |
| Special Counsel to Post-Confirmation Debtor | **PRESENTMENT TIME:** 1:00 p.m. |
| 480 Mamaroneck Avenue | |
| Harrison, New York 10528 | |
| (718) 631-5678 | |
| Steven R. Haffner | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                   Chapter 11

EARL RASHEED DAVIS,                                      Case No. 18-40766 (CEC)

                         Debtor.
-----------------------------------------------------------x

## NOTICE OF PRESENTMENT OF ORDER

**PLEASE TAKE NOTICE** that, pursuant to Local Bankruptcy Rule 9072-1 and the hearing in the matter held February 5, 2020, the within Order Retroactively Lifting the Stay as applied to that certain state court action entitled: *Lakisha Hawthorne v. Brown, et al.*, (the "Order"), will be presented for signature to the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, on February 26, 2020, at 1:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that counter-proposals, if any, to the Order must be made in writing, filed with the Clerk of the Court, with a copy delivered to Bankruptcy Judge Craig's Chambers, and served upon: (i) Gordon & Haffner, LLP, 480 Mamaroneck Avenue, Harrison, New York 10528 Attn.: Steven R. Haffner; (ii) Forchelli Deegan Terrana LLP, 333 Earle Ovington Boulevard, Suite 1010, Uniondale, New York 11553 Attn: Gerard R. Luckman; and (iii) the Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, New York, New York 10014, Attn: Nazar Khodorovsky, in accordance with the applicable Federal Rules of Bankruptcy Procedure and the Local Rules of this Court.

Unless any counterproposals are timely filed and served, the Order may be signed.

Dated: February 18, 2020

        Respectfully submitted,

        **GORDON & HAFFNER, LLP**
        *Special Counsel to Post-Confirmation Debtor*

        By: /s/ *Steven R. Haffner*
            Steven R. Haffner
            480 Mamaroneck Avenue
            Harrison, New York 10528
            (718) 631-5678
            (haffner.steven@gmail.com)