UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

EARL RASHEED DAVIS,                                 Case No. 18-40766 (CEC)

                            Debtor.
------------------------------------------------------------x

## ORDER RETROACTIVELY LIFTING AUTOMATIC STAY

Upon the Court's own motion at the hearing February 5, 2029, and it appearing that appropriate notice has been given, and cause existing, it is

ORDERED that the automatic stay, as applied to that certain state court action, entitled: *Lakisha Hawthorne v. Brown, et al.*, Kings Supreme No. 510293/2017, is lifted *nunc pro tunc* as of February 9, 2018.