UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

EARL RASHEED DAVIS,                                 Case No. 18-40766 (CEC)

                    Debtor.
-----------------------------------------------------------x

## ORDER RETROACTIVELY LIFTING AUTOMATIC STAY

Upon the Court's own motion at the hearing February 5, 2029*0 (CEC)*, and it appearing that appropriate notice has been given, and cause existing, it is

ORDERED that the automatic stay, as applied to that certain state court action, entitled: *Lakisha Hawthorne v. Brown, et al.*, Kings Supreme No. 510293/2017, is lifted *nunc pro tunc* as of February 9, 2018.



**Dated: Brooklyn, New York**
**March 30, 2020**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**