# Notice Recipients

District/Off: 0207−1        User: jlecky            Date Created: 3/31/2020
Case: 1−18−40766−cec        Form ID: pdf000         Total: 3

**Recipients of Notice of Electronic Filing:**
ust    Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
aty    Gerard R Luckman    GLuckman@Forchellilaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Earl Rasheed Davis    244 5th Avenue    #2846    New York, NY 10001

TOTAL: 1