UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                                      Chapter 11

   EARL RASHEED DAVIS,                                       Case No. 18-40766 (JMM)

                          Debtor.
---------------------------------------------------------x

## ORDER ADMINISTRATIVELY CLOSING CHAPTER 11
## CASE PURSUANT TO 11 U.S.C. §§ 305, 350(a) AND 1106(a)(7)

Upon the application (the "**Application**") of Earl Rasheed Davis, the post confirmation Debtor (the "**Debtor**"), pursuant to 11 U.S.C. §§ 305, 350(a) and 1106(a)(7) seeking entry of an order administratively closing the Debtor's chapter 11 case; and upon the representations made by the Debtor in the Application regarding the initial distributions made and having gone effective under the *Debtor's Second Amended Plan of Reorganization*, dated May 21, 2019 (ECF Doc. No. 144)  (the "**Plan**"), confirmed by Order of this Court on December 20, 2019; and it appearing that the Plan is substantially consummated; and it appears that the Debtor's chapter 11 case is fully administered; and no objections having been filed to the Application; and for good and sufficient cause; it is hereby

**ORDERED**, that the Application is granted; and it is further

**ORDERED**, that the Debtor's chapter 11 case is hereby administratively closed and it is further.

**ORDERED**, that entry of this Order is without prejudice to the Debtor seeking to reopen the case, upon completion of Plan payments, for purpose of obtaining his discharge and entry of a final decree.



**Dated: Brooklyn, New York**
       **February 23, 2021**

_____
       **Jil Mazer-Marino**
**United States Bankruptcy Judge**